# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Marion Frasier

V.

R.J. Hernandez

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07cv0638-LAB(AJB)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court dismisses Petitioner's petition for (1) failure to either pay the $5.00 filing fee or move to proceed in forma pauperis; (2) failure to state a cognizable claim under 28 U.S.C. § 2254, and (3) failure to allege exhaustion of state judicial remedies..........................................................................................

| April 27, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/K. Johnson |
|  | (By) Deputy Clerk |

ENTERED ON April 27, 2007